Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
2473 S. Higley Road
Suite 104-308
Gilbert, AZ 85295-3023
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **Julie M. King;** | No. CV 10-312-PHX-ECV |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| **Consumer Recovery Associates, LLC;** | |
| Defendant. | |

Plaintiff, by and through counsel, hereby gives notice of dismissal of this case in its entirety against all parties with prejudice, with each party to bear its own attorney's fees and costs.

/ / /

/ / /

1
2  RESPECTFULLY SUBMITTED:   March 18, 2010   .
3
4                                    s/ Floyd W. Bybee
    Floyd W. Bybee, #012651
5   **BYBEE LAW CENTER, PLC**
    2473 S. Higley Road
6   Suite 104-308
    Gilbert, AZ 85295-3023
7   Office: (480) 756-8822
    Fax: (480) 302-4186
8   floyd@bybeelaw.com

9   Attorney for Plaintiff

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25